## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Matthew Charles Muns<br>xxx–xx–3159<br>4145 CR 56<br>Auburn, IN 46706 | )<br>)<br>)<br>) Case Number: 07–10114–reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO ALL CREDITORS

NOTICE IS HEREBY GIVEN that this case was closed on the 7th day of May, 2007 without the entry of a discharge because the debtor(s) failed to file a statement regarding the completion of a course in personal financial management as required by Fed. R. Bankr. P. 1007(b)(7).

Dated: May 7, 2007 .

Christopher M. DeToro
_____
Clerk, United States Bankruptcy Court
Federal Building, Room 1188
1300 South Harrison Street
Fort Wayne, Indiana 46802

Document No. 12